## CONRAD WORKNOT v. MARGARET MILLEN,
### Administratrix of David Millen.

High Court of Errors and Appeals.   June 14, 1826.

*Ridgely's Notebook V, 68.*

## JOHN BAILEY v. PATTERSON and PARSONS.

High Court of Errors and Appeals.   June 14, 1826.

*Ridgely's Notebook V, 71.*

*Bates* for plaintiff in error.   *H. M. Ridgely* for defendant.   .   .   .

CHANCELLOR RIDGELY delivered the opinion of himself, of CHIEF JUSTICE BOOTH, and of COOPER and STOUT, Justices of the Court of Common Pleas:

This is an action for the use and occupation of a farm.   Patterson and Parsons, the defendants in error and plaintiffs below, purchased on the 2nd July, 1821, at a sale made by the Sheriff of Kent, in virtue of a judgment and writ of execution sued out against William Kennedy, his life estate in the said farm situate in said county.   At the time of the purchase and before, John Bailey, the plaintiff in error and defendant below, was tenant